Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel: 619-807-2628
Fax: 866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
ROWEN MADAMBA and LILIA MADAMBA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWEN MADAMBA and LILIA MADAMBA,<br>    Plaintiffs,<br>vs.<br><br>QUALITY LOAN SERVICES, LLC; CITIMORTGAGE, INC.; U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST I.<br>    Defendant(s). | Case No. 3:14-cv-04590-RS<br><br>**STIPULATION REGARDING COMPLAINT AND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Trial Date: Not Assigned |

## RECITALS

This stipulation is entered into by and between Plaintiffs ROWEN MADAMBA and LILIA MADAMBA ("Plaintiffs'") and Defendant CITIMORTGAGE, INC., ("Defendant"). The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed the above-referenced action on October 14, 2014;

2. WHEREAS, Plaintiffs' response to Defendant's Motion to Dismiss is due December 26, 2014;

3. WHEREAS, the hearing on defendant CitiMortgage's Motion to Dismiss is set for January 22, 2015;

4. WHEREAS, Defendant CitiMortgage consents to the requested extension of up to and including January 8, 2015, for plaintiffs to file their opposition brief;

5. WHEREAS, the parties agreed to extend the time for Defendant to file a reply until January 15, 2015;

6. WHEREAS, this stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant; and

7. WHEREAS, these changes will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, agree and stipulate as follows:

1. Plaintiffs shall have up to and including January 8, 2015 to file an opposition brief to Defendant's Motion to Dismiss.

2. Defendant shall have up to and including January 15, 2015 to file a reply to Plaintiffs' opposition brief to Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

                                                      **LAW OFFICES OF CHARLES T. MARSHALL**

Dated: December 24, 2014                      By: */s/ Charles T. Marshall*
                                                             Charles T. Marshall
                                                              Attorneys for Plaintiffs
                                                             ROWEN MADAMBA and LILIA MADAMBA

**BRYAN CAVE LLP**

Dated: December 24, 2014                By: */s/ John Schoemehl*
                                             John Schoemehl, Esq.
                                             Attorneys for Defendant
                                             CITIMORTGAGE, INC.

**ORDER**

Having reviewed the stipulation of Plaintiffs ROWEN MADAMBA and LILIA MADAMBA and Defendant CITIMORTGAGE, INC., and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall have up to and including January 8, 2015 to file an opposition brief to Defendant's Motion to Dismiss.

2. Defendant shall have up to and including January 15, 2015 to file a reply to Plaintiffs' opposition brief to Defendant's Motion to Dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 2, 2015

Judge of the United States District Court
Northern District of California