1   Charles T. Marshall, Esquire (SBN 176091)
    Law Offices of Charles T. Marshall
2   415 Laurel Street, # 405
3   San Diego, California  92101
    Tel:   619-807-2628
4   Fax:  866-575-7413
    Email: cmarshall@marshallestatelaw.com
5
    Attorneys for Plaintiffs
6   ROWEN MADAMBA and LILIA
    MADAMBA
7
    John J. Schoemehl, California Bar No. 296529
8   Elana D. Cuzzo, California Bar No. 276042
    elana.cuzzo@bryancave.com
9   BRYAN CAVE LLP
    120 Broadway, Suite 300
10  Santa Monica, California  90401
    Telephone: (310) 576-2100
11  Facsimile:  (310) 576-2200
12
    Attorneys for Defendant
13  CITIMORTGAGE, INC.

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17  ROWEN MADAMBA and LILIA          )   Case No. 3:14-cv-04590-HSG
18  MADAMBA,                          )
             Plaintiffs,              )
19  vs.                               )
                                      )
20  QUALITY LOAN SERVICES, LLC;       )   **AMENDED STIPULATION OF**
21  CITIMORTGAGE, INC.; U.S. BANK     )   **PLAINTIFFS AND CITIMORTGAGE**
    NATIONAL ASSOCIATION NOT IN ITS   )   **REGARDING PLAINTIFFS'**
22  INDIVIDUAL CAPACITY BUT           )   **VOLUNTARY DISMISSAL WITH**
    SOLELY AS LEGAL TITLE TRUSTEE FOR )   **PREJUDICE AS TO CITIMORTGAGE;**
23  LVS TITLE TRUST I.                )   **ORDER**
             Defendant(s).            )
24                                    )
                                      )
25                                    )
                                      )
26  _____ )

27

28

---

## **RECITALS**

This stipulation is entered into by and between Plaintiffs ROWEN MADAMBA and LILIA MADAMBA ("Plaintiffs") and Defendant CITIMORTGAGE, INC., ("Defendant"). The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.   WHEREAS, Plaintiffs filed the above-referenced action on October 14, 2014;

2.   WHEREAS, Plaintiffs filed a Motion to Voluntarily Dismiss (without prejudice) on February 27, 2015 (Dkt. 47);

3.   WHEREAS, on March 10, 2015, the Court ordered Defendants to respond to Plaintiffs' Motion for Voluntary Dismissal (Dkt. 48);

4.   WHEREAS, all Defendants except CitiMortgage filed a response of non-opposition (Dkt. 49-51);

5.   WHEREAS, on March 13, 2015, CitiMortgage moved that the dismissal be entered with prejudice and that CitiMortgage be awarded fees and costs (Dkt. 51);

6.   WHEREAS, Plaintiffs and CitiMortgage, hereby stipulate that Plaintiffs dismiss their action against CitiMortgage **with prejudice**. In exchange, CitiMortgage hereby withdraws its request for attorney fees and costs.

7.   WHEREAS, it is the intention of Plaintiffs and CitiMortgage that this stipulated dismissal with prejudice be immediately effective upon filing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because this stipulation is signed by all parties to the claims against CitiMortgage, this stipulation should be immediately effective under Rule 41(a)(1)(A)(ii).

8.   WHEREAS, if the Court decides that Rule 41(a)(1)(A)(ii) does not apply, in the alternative, Plaintiffs and CitiMortgage stipulate that Plaintiff will move under Rule 41(a)(2) for an

order dismissing their claims against CitiMortgage with prejudice. In exchange, CitiMortgage will withdraw its request for attorney fees and costs when said motion is granted. No other party to this case will be prejudiced by dismissing the claims against CitiMortgage with prejudice because the other parties have already agreed to the dismissal of the claims against them. Dkt. 49-50.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendant CitiMortgage, by and through their respective counsel of record, agree and stipulate as follows:

1.    Plaintiffs and Defendant CitiMortgage hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against CitiMortgage that have been brought or could have been brought in this action are hereby dismissed with prejudice.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

2.    Out of an abundance of caution, if the Court decides that this stipulated dismissal with prejudice is not immediately effective under Rule 41(a)(1)(A)(ii), Plaintiffs and Defendant CitiMortgage further stipulate that Plaintiffs shall have up to and including March 24, 2015, to file a Motion to Voluntarily Dismiss the case with prejudice as to CitiMortgage under Federal Rule of Civil Procedure 41(a)(2). Upon the entry of an order granting said motion, Defendant CitiMortgage agrees that its motion for attorney fees and costs may be deemed withdrawn at that time.

**IT IS SO STIPULATED.**

                                                      **LAW OFFICES OF CHARLES T. MARSHALL**


Dated: March 18, 2015                By:   */s/ Charles T. Marshall (with consent)*
                                            Charles T. Marshall
                                            Attorneys for Plaintiffs
                                            ROWEN MADAMBA and LILIA
                                            MADAMBA



                                                      **BRYAN CAVE LLP**

Dated: March 18, 2015                By:   */s/ Elana Cuzzo*
                                            Elana Cuzzo
                                            Attorneys for Defendant
                                            CITIMORTGAGE, INC.

1

**FILER'S ATTESTATION**

2

3         Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

4    of perjury that concurrence in the filing of this document has been obtained from Charles T.

5    Marshall.

6

7    Dated:  March 18, 2015                          **BRYAN CAVE LLP**
                                                      John J. Schoemehl
8                                                     Elana Cuzzo

9
                                                      */s/ Elana Cuzzo*
10                                                    Elana Cuzzo
                                                      Attorneys for Defendant
11                                                    CITIMORTGAGE, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Madamba v. Quality Loan Services, LLC., et al          Amended Stipulation to Dismiss CitiMortgage With Prejudice   5
1083133.1

1

## ORDER

2      Having reviewed the stipulation of Plaintiffs ROWEN MADAMBA and LILIA MADAMBA

3  and Defendant CITIMORTGAGE, INC., and good cause appearing therefor,

4  **IT IS HEREBY ORDERED THAT:**

5      1. Plaintiffs' claims are dismissed with prejudice as to CitiMortgage.

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated:   3/20/2015

9                                            Judge of the United States District Court
                                             Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28