UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWEN MADAMBA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALITY LOAN SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-04590-HSG<br><br>**ORDER ON PLAINTIFFS' MOTION FOR VOLUNATRY DISMISSAL**<br><br>Re: Dkt. No. 47 |

On February 27, 2015, Plaintiffs Rowen and Lilia Madamba filed a notice of voluntary dismissal seeking to dismiss their claims against Defendants Quality Loan Services, LLC, CitiMortgage, Inc., and U.S. Bank National Association (Not In Its Individual Capacity But Solely As Legal Title Trustee for LVS Title Trust 1) without prejudice. Dkt. No. 47. The Court ordered Defendants to respond to Plaintiffs' motion. Dkt. No. 48. Quality Loan Services, LLC and U.S. Bank National Association filed statements of non-opposition. Dkt. Nos. 49, 50. CitiMortgage opposed, arguing that the action should be dismissed with prejudice and that it was entitled to costs and fees under Sections 41(a)(2) and 41(d) of the Federal Rules of Civil Procedure. Dkt. No. 51. Plaintiffs and CitiMortgage then filed a stipulation agreeing to the dismissal of Plaintiffs' claims with prejudice, Dkt. No. 54, which the Court granted, Dkt. No. 55.

Therefore, the Court **ORDERS** that the claims asserted against Quality Loan Services, LLC and U.S. Bank National Association (Not In Its Individual Capacity But Solely As Legal Title Trustee for LVS Title Trust 1) in this action are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 4/28/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge